828

Margaret E. HASSENPLUG v. VICTOR LYNN LINES, Inc., Appellant.

No. 9391.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 7, 1947.

Decided Oct. 9, 1947.

Raymond A. White, Jr., of Philadelphia, Pa., for appellant.

Russell Cooney, of Philadelphia, Pa. (Eugene J. Corrigan, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and MARIS, Circuit Judges.

PER CURIAM.

The judgment of the court below will be affirmed on the opinion of Judge McGranery, 71 F.Supp. 70.

Catherine McDONALD, Appellee, v. Carroll G. DYKES and Victor-Lynn Lines, Inc., Defendants and Third-Party Plaintiffs, Appellants (William J. O'Brien, Third-Party Defendant, Appellee).

No. 9390.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 7, 1947.

Decided Oct. 9, 1947.

Raymond A. White, Jr., of Philadelphia, Pa., for appellants.

Harold S. Baile, of Philadelphia, Pa. (Pepper, Bodine & Stokes, of Philadelphia, Pa., on the brief), for appellee O'Brien.

William P. Desmond, of Chester, Pa., for appellee McDonald.

Before BIGGS, ALBERT LEE STEPHENS, and MARIS, Circuit Judges.

PER CURIAM.

The judgment of the court below will be affirmed on the opinion of Judge McGranery, 6 F.R.D. 569.

UNITED STATES of America v. Jack TRUPIANO, Romildo Riccardelli, Anthony Antoniole, and Riordan J. A. Roett, Jr., Appellants.

No. 9394.

Circuit Court of Appeals, Third Circuit.

Submitted Oct. 6, 1947.

Decided Oct. 7, 1947.

Writ of Certiorari Granted Dec. 15, 1947.

See 68 S.Ct. 263.

Anthony A. Calandra, of Newark, N. J., for appellants.

Edgar H. Rossbach, of Newark, N. J., John A. Waldron, of Trenton, N. J., and Samuel Cohen, of Newark, N. J., for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and MARIS, Circuit Judges.

PER CURIAM.

The order of the court below, 70 F.Supp. 764, will be affirmed.